# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 24-1170** | **September Term, 2023** |
| | EPA-89FR23294 |
| | Filed On: July 18, 2024 [2065307] |

Cleveland-Cliffs, Inc.,

      Petitioner

      v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 24-1171, 24-1177

### O R D E R

Upon consideration of respondents' unopposed motion to amend stay motion schedule, it is

**ORDERED** that the motion to amend stay motion schedule be granted. The following deadline(s) are now established:

| | |
|---|---|
| Respondents' combined response to motions for stay | August 8, 2024 |
| No. 24-1177 Petitioners' combined response to motions for stay | August 22, 2024 |
| Cleveland-Cliffs, Inc. and United States Steel Corporation's replies in support of motions for stay | September 12, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      James A. Kaiser
      Deputy Clerk