# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1170**  **September Term, 2024**

EPA-89FR23294

Filed On: November 4, 2024 [2083396]

Cleveland-Cliffs, Inc.,

      Petitioner

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

      Respondents

------------------------------

Clean Air Council, et al.,
      Intervenors

------------------------------

Consolidated with 24-1171, 24-1177

## O R D E R

Upon consideration of respondents' unopposed motion for extension of time to file proposed briefing formats and schedules, it is

**ORDERED** that the motion for extension of time be granted. Proposed briefing formats and schedules are now due November 21, 2024.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                      BY:    /s/
                              James A. Kaiser
                              Deputy Clerk