# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 20-1354**  **September Term, 2025**

EPA-85FR42074
EPA-89FR23294

**Filed On: October 16, 2025** [2140632]

American Iron and Steel Institute and United States Steel Corporation,

       Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

       Respondents

------------------------------

Clean Air Council, et al.,
       Intervenors

------------------------------

Consolidated with 20-1355, 24-1170, 24-1171, 24-1177

## O R D E R

    Upon consideration of the motion for a stay of briefing deadlines in light of lapse of appropriations, it is

    **ORDERED** that the motion be granted and these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in these cases within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                  BY:    /s/
                            Catherine J. Lavender
                            Deputy Clerk